1
2
3
4
5
6
7
8
9
10
11
12
13
14

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Angelique Ross,

              Plaintiff,

v.

Credit One Financial d/b/a Credit One
Bank; et al.,

              Defendants.

No. CV13-1652 PHX DGC

**ORDER**

15     The Court has been advised that this case has settled.

16     **IT IS ORDERED** that this matter will, without further Order of this Court, be

17 dismissed with prejudice within 30 days of the date of this order unless a stipulation to

18 dismiss is filed prior to the dismissal date.

19     **IT IS FURTHER ORDERED** vacating any pending hearings.

20     **IT IS FURTHER ORDERED** denying all pending motions as moot.

21     **IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this

22 matter on **December 13, 2013** without further leave of Court.

23     Dated this 12th day of November, 2013.

_____
David G. Campbell
United States District Judge