1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 9 Angelique Ross, | No.: CV13-01652-PHX DGC |
| 10                    Plaintiff, | |
| 11         vs. | **ORDER** |
| 12 | |
| 13 Credit One Financial d/b/a Credit One Bank; Does 1-10, inclusive, | |
| 14 | |
| 15                    Defendants. | |

16

17        Pursuant to the Stipulation of Dismissal with Prejudice (Doc. 14), the above-

18  captioned action is dismissed against Defendants, Credit One Financial d/b/a Credit

19  One Bank and Does 1-10, inclusive, with prejudice and with all parties to bear their

20
21  own costs.

22        Dated this 12th day of December, 2013.

23
24
25                                          _David G. Campbell_
26                                          _____
                                           David G. Campbell
                                           United States District Judge_
27
28